■ NICHOLAS MUNOZ et al., Appellants, v QUAREX, INC., et al., Respondents. [654 NYS2d 676] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Queens County (Durante, J.), dated September 22, 1995, which denied their motion for leave to enter a default judgment and directed the plaintiffs to accept the defendants' answer served July 24, 1995.

Ordered that the order is affirmed, with costs.

Upon weighing the facts of this case, taking into account the short delay of the defendants in answering the complaint, the lack of prejudice to the plaintiffs, and the strong policy in favor of resolving actions on their merits, the Supreme Court correctly exercised its discretion in denying the plaintiffs' motion for leave to enter a default judgment and directing them to accept the defendants' answer served July 24, 1995 (*see, Matter of Callahan v City of New York,* 75 NY2d 899). Miller, J. P., Sullivan, Florio and Luciano, JJ., concur.

■ LOUIS NICOSIA, JR., Appellant, v ISAAC STRABERG et al., Respondents. [654 NYS2d 675] —In a negligence action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated February 2, 1996, which granted the defendants' motion pursuant to CPLR 3212 for summary judgment dismissing the complaint based on the plaintiff's failure to sustain a serious injury as defined by Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The affirmation submitted by Dr. Michael V. Marrone made out a prima facie case (*see,* CPLR 3212 [b]) that the plaintiff did not sustain a serious injury as defined by Insurance Law § 5102 (d). The evidence submitted by the plaintiff in opposition to the motion, consisting of, among other documents, his affidavit and the affirmation prepared by his treating physician, Dr. Jeffrey Gross, failed to raise a triable issue of fact (*see,* CPLR 3212 [b]). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.